No. 83–1032. FEDERAL ELECTION COMMISSION v. NATIONAL CONSERVATIVE POLITICAL ACTION COMMITTEE ET AL.; and

No. 83–1122. DEMOCRATIC PARTY OF THE UNITED STATES ET AL. v. NATIONAL CONSERVATIVE POLITICAL ACTION COMMITTEE ET AL. D. C. E. D. Pa. [Probable jurisdiction noted, *ante*, p. 935.] Motion of appellants in No. 83–1122 for expedited briefing and oral argument denied.

No. 83–1170. UNITED STATES v. 50 ACRES OF LAND ET AL. C. A. 5th Cir. [Certiorari granted, 465 U. S. 1098.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 83–1307. UNITED STATES v. POWELL. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.

No. 83–6404. IN RE MCDONALD. Petition for writ of mandamus denied.

No. 82–5920. SHEA v. LOUISIANA. Sup. Ct. La. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 83–1013. CHEMICAL MANUFACTURERS ASSN. ET AL. v. NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL.; and

No. 83–1373. UNITED STATES ENVIRONMENTAL PROTECTION AGENCY v. NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL. C. A. 3d Cir. Motion of Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 719 F. 2d 624.

No. 83–1427. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS v. WITT. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 82–976. CALIFORNIA v. HOWARD. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 82–6957. WALTON ET AL. v. TENNESSEE. Ct. App. Tenn. Certiorari denied.